√#114  # 128260

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED 2010 FEB -2 AM 10:3 CLERK U.S. BANKRUPTCY COURT TOLEDO, OHIO

| | | |
|---|---|---|
| In re: | ) | Case Number: 08-35621 |
| James A. and Stella M. Dudash, | ) | Chapter 7 |
| Debtors. | ) | JUDGE RICHARD L. SPEER |

## TRANSMITTAL OF UNCLAIMED FUNDS

Louis J. Yoppolo, Trustee of this estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and the Creditor's last known address is:

| Payee | Address | Amount |
|---|---|---|
| Moser Heating and Appliance | 317 Crystal Avenue<br>Findlay, OH  45840 | $7.13 |

2. Check number 114 in the amount of $7.13 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted.

3. Nothing further remains to be done in this case.

Respectfully submitted,

Date: ___1/29___, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio  43604-1556
Phone:  (419) 243-6281
Fax:   (419) 243-0129